1   DAVID P. BEITCHMAN (SBN 198953)
    dbeitchman@bzlegal.com
2   ANDRE BONIADI (SBN 266412)
    aboniadi@bzlegal.com
3
    **BEITCHMAN & ZEKIAN, P.C.**
4   16130 VENTURA BLVD., SUITE 570
5   ENCINO, CALIFORNIA 91436
    TELEPHONE: (818) 986-9100
6   FACSIMILE:  (818) 986-9119
7
8   *Attorneys for Plaintiff,*
    FUSION WINDOWS AND DOORS, INC.
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  FUSION WINDOWS AND DOORS,      ) **CV13-01022**PSG(JCx)
    INC., A California corporation;   ) **Case No.:**
14                                    )
15                                    )
                                      ) **PLAINTIFF'S COMPLAINT FOR:**
16          Plaintiff,                )
                                      )
17          vs.                       ) **(1) FEDERAL COPYRIGHT**
                                      )     **INFRINGEMENT;**
18                                    ) **(2) INTENTIONAL INTERFERENCE**
    AMERICAN RELIABLE WINDOWS,        )     **WITH ECONOMIC**
19  INC., A California corporation; OGANES )     **ADVANTAGE;**
20  HOVIK MUTAFYAN, an individual; and )  **(3) VIOLATION OF CALIFORNIA**
    Does 1 to 10, inclusive,          )     **BUSINESS AND PROFESSIONS**
21                                    )     **CODE §17200**
22                                    ) **(4) CONTRIBUTORY COPYRIGHT**
            Defendant.                )     **INFRINGEMENT;**
23                                    ) **(5) VICARIOUS COPYRIGHT**
24                                    )     **INFRINGEMENT**
25                                    )
                                      ) **DEMAND FOR JURY TRIAL**
26                                    )
27  _____ )

28

---

PLAINTIFF'S  COMPLAINT
1

1    Plaintiff FUSION WINDOWS AND DOORS, INC., a California corporation
2    (hereinafter "Plaintiff" or "Fusion"), hereby submits the following Complaint against
3    Defendants AMERICAN RELIABLE WINDOWS, INC., A California corporation
4    (hereinafter "American"); OGANES HOVIK MUTAFYAN, an individual (hereinafter
5    referred to as "Mutafyan"), and Does 1 to 10 (collectively referred to as "Defendants"),
6    and alleges as follows:

7

8    **THE PARTIES**

9    1.    Plaintiff is a corporation duly organized and existing under the laws of the state
10   of California and conducting business within the State of California, County of Los
11   Angeles.

12   2.    Plaintiff is informed and believes and thereupon alleges that American is a
13   California corporation with its principal place of business in Los Angeles County,
14   California and regularly and routinely conducts business within the State of California,
15   County of Los Angeles.

16   3.    Plaintiff is informed and believes and thereupon alleges that Mutafyan is an
17   individual who at all times relevant herein resides in and conducts business within the
18   County of Los Angeles, State of California.  Plaintiff is informed and believes and
19   thereon alleges that Defendant Mutafyan owns, operates and controls Defendant
20   American.

21   4.    Further, Plaintiff is informed, believes, and thereon alleges that at all times
22   herein mentioned, Mutafyan was and is the alter ego of each of the American, and that at
23   all times herein mentioned there existed such a unity of interest in ownership between
24   Mutafyan and American that any separateness has ceased to exist between them because
25   (i) the individual Defendant and the entity Defendant has commingled and used the
26   assets of the other for their own benefit and have caused the assets of said entity to be
27   transferred to him without adequate consideration; and (ii) the individual Defendant has

28

exercised complete dominion and control over remaining entity Defendant, and its respective properties, such that the foregoing entity is a mere shell and instrumentality for the conduct of the personal business and activities of the individual Defendant. Adherence to the fiction of a separate existence of the entity Defendant would sanction fraud and permit an abuse of the legal benefits of true limited liability companies.

5.  Plaintiff is ignorant of the true names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1 through 10, inclusive. Plaintiff is informed and believes, and thereon alleges, that each fictitious defendant was in some way responsible for, participated in, or contributed to the matters and things of which plaintiff complains herein, and in some fashion has legal responsibility therefore. When the exact nature and identity of such fictitious defendants' responsibility for, participation in, and contribution to the matters and things herein alleged is ascertained by Plaintiff, Plaintiff will seek to amend this pleading and all proceedings herein to set forth the same.

## JURISDICTION AND VENUE

6.  This is an action for copyright infringement of registered works brought pursuant to the Copyright Act of 1976, as amended, 17 U.S.C. §101, et seq. This Court has original jurisdiction in this matter pursuant to 28 U.S.C. §§1331 and 1338(a). Further, this Court has personal jurisdiction over Defendants as they all reside and are domiciled within the state of California, transact business in the State of California, and a substantial amount of the infringing activity alleged herein occurred in the State of California.

7.  Venue is proper in this district pursuant to 28 U.S.C. §1391(b) and (c) as Defendants reside in the State of California and transact a significant amount of business in the County of Orange such that it is subject to personal jurisdiction in this District. Furthermore, a substantial part of the events giving rise to the claims alleged herein occurred within this district.

## **INTRODUCTION**

8.     Plaintiff has, for several years, engaged in the business of window and door replacement, primarily in the residential sector.  The business typically involves direct marketing to consumers, via different mediums, including radio advertising, print advertising, social networking and online advertising.

9.     Once a potential customer is identified, Fusion provides options with respect to upgrading a homes' windows and doors, typically to new, energy efficient "green" standards.  Once products are agreed upon, Fusion undertakes the complete removal and replacement of the existing windows and doors, with the new products.  Fusion also provides window and door installation to new construction projects as well.

10.     Throughout the years, Plaintiff has taken significant effort to set itself apart from the numerous competitors in the replacement window and door industry, and has done so in order to maintain a competitive edge.  As part of its efforts to do so, Fusion regularly and routinely employs multilevel, broad advertising methods and campaigns. Fusion spends significant resources towards its advertising efforts, and in doing so, has developed brand recognition, and a large client base.

11.     Throughout the years, Plaintiff has been aware of one particular competitor, Defendant American, and its apparent attempt to "mirror" the advertising efforts of Fusion, in an almost chess-like fashion.  By way of example, when Fusion engaged a radio campaign, American immediately responded with its own campaign.  When Fusion created a page on the social networking site "Facebook," American immediately responded by making its own page.  When Fusion began using "Twitter" as a means of generating additional customers, so too did Defendant American.  After Fusion began using "youtube" to reach additional potential customers, American followed suit and created its own "youtube" presence.   When Fusion would run certain specials in its advertising, American would copy them exactly, and offer the exact same deals as Fusion was offering, at the exact same time.

12.     Obviously this caused Plaintiff concern, and as a result, Plaintiff made sure to take notice of Defendants actions, in an effort to protect its customer base, but also to protect its proprietary business methods, advertising, and other trade practices.

13.     A large part of Plaintiff's advertising consists of its custom designed website. Plaintiff, at its own expense, employed the services of web designers in an effort to gain the look and feel for the site that Plaintiff felt best represented it, and its business. Plaintiff has spent significant funds in the development, design, build, maintenance and hosting of its websites, and considers it to be one of its most valuable advertising tools. A true and correct copy of the relevant portions of that web site is attached herewith as **Exhibit "A"**.

14.     In an effort to maintain the secrecy of its materials, Plaintiff has also sought federal copyright registration of its proprietary website, including in pertinent part, the "Fusion Windows and Doors Website Front Pages" copyright application number 1-882144471 and "Fusion Windows and Doors Source Code" copyright application number 1-882765921 (collectively referred to as "the Subject Works"). True and correct copies of said filings are attached hereto as **Exhibit "B"** and **"C"**.

15.     Recently, Plaintiff has been made aware through its customers that they have been contacted by Defendant allegedly "by mistake" in connection with offers to provide replacement door and window services.

16.     Prompted to investigate, Plaintiff reviewed American's website, only to learn that Defendants' site is virtually identical in look and feel, and only the content referring to the name of company (American Reliable Windows), and other slight details, have been changed. A true and correct copy of the pages of American's site that correspond to Exhibit A are attached herewith as **Exhibit "D"**.

17.     In investigating this further, Plaintiff looked into the source code of American's site. This can be done by right-clicking on any webpage, and thereafter selecting the "view page source" option. The page source is also known as "source" and

"document source," it is the HTML code (source code) of a Web page (HTML document).  In simplest form, HTML (HyperText Markup Language) is the document format used on the Web.  Web pages are built with HTML tags, which are codes embedded in the text.  The tags define the page layout, fonts and hypertext links to other documents on the Web. Each link contains the URL (the address) of a Web page residing on the same server or any server worldwide, hence "World Wide" Web."  The HTML also defines all the graphic elements used on the page, which are separate files on a local or remote server.

18.     In layman's terms, the source code not only defines what the web page will look like, but it also tells where the webpage is coming from- what server it is hosted on, and where the data is stored. A true and correct copy of the Fusion source code for its home page is attached herewith as **Exhibit "E"**.  Of critical importance, the title of the document is "<title>**Fusion Window and Doors** - Replacement windows Specialists in Glendale CA</title>."  This indicates that the website data is that of Plaintiff, Fusion. Thereafter, it is indicated on this document that the URL for this webpage, and the source of the look and feel of the webpage is:

```
<link rel="profile" href="http://gmpg.org/xfn/11" /> <link rel="stylesheet"
type="text/css" media="all" href="http://www.fusionwindows.com/wp-
Content/themes/fusion/style.css" />

<link rel="stylesheet" type="text/css" media="all"
href="http://www.fusionwindows.com/wp-content/themes/fusion/fusion.css" />

<link rel="stylesheet" type="text/css" href="http://www.fusionwindows.com/wp-
content/themes/fusion/headr_style.css" />

<link rel="pingback" href="http://www.fusionwindows.com/xmlrpc.php" />
```

19.     All of the material on the site is contained at fusionwindows.com, the site owned and controlled by Plaintiff, and thus Plaintiff can manipulate its own data in

1    whatever manner it sees fit; updating the site, changing the site, adding or deleting

2    content, and so on.

3        20.    Using the same method on Defendants' American site, right-clicking on the

4    page and selecting the "view page source" option, one can view the source of the data on

5    the American Reliable Windows website.

6        21.    In doing so, Plaintiff learned that ALL of the content on Defendants' American

7    Reliable Windows website is taken directly from Plaintiff's server, and thus it is in fact

8    the exact same website, however after it is taken from Plaintiff, Defendants simply inserts

9    its own company name and contact information, and other minor alterations and

10   modifications.  A review of Defendants' source code, attached herewith as **Exhibit "F"**,

11   reveals quite simply, how clearly Defendants have engaged in such conduct.

12       22.    The title of the document indicates that the source code is in fact that

13   belonging to American:   <title>**American Reliable Windows** - Replacement windows

14   Specialists in Van Nuys CA Servicing All of Los Angeles</title>.  However, below the

15   title on Exhibit D, Defendants list the same URL as the location and source of the data

16   they are utilizing on their site:

17           <link rel="stylesheet" type="text/css" media="all"
         ref="http://www.fusionwindows.com/wp-content/themes/fusion/style.css" />

18

19       <link rel="stylesheet" type="text/css" media="all"
         href="http://www.fusionwindows.com/wp-content/themes/fusion/fusion.css" />

20

21       <link rel="stylesheet" type="text/css" href="http://www.fusionwindows.com/wp-

22       content/themes/fusion/headr_style.css" />

23       <link rel="pingback" href="http://www.fusionwindows.com/xmlrpc.php" />

24

25       23.    In fact, because this is directly coming from Plaintiff's server, Plaintiff actually

26   has the ability to manipulate data on the American Reliable Windows website owned and

27   operated by Defendants; Plaintiff has videotape evidence of its ability to control

28

1  Defendants site because that site is in fact directly coming, unlawfully, from Plaintiff's

2  server.  Plaintiff shall use this videotape at time of trial on the matter.

3      24.      Thus in essence, Defendants have created a virtually identical look and feel for

4  their website as that of Plaintiff's site, and have done so not only by "copying" the site,

5  but by taking the actual data from Plaintiff's server and using it as their own.   Plaintiff is

6  informed and believes and thereon alleges that Defendants have engaged in this conduct

7  in an effort to mislead the general consuming public into thinking that Defendant

8  American is in fact Plaintiff Fusion.

9      25.      Since  the discovery of Defendants' conduct as set forth herein, Plaintiff has

10  learned through several of its customers that when such customer has erroneously called

11  American, due to the similarity in the website, Defendants, and in particular Mutafyan,

12  has a) tried to take that customer's business from Fusion for the benefit of Defendants, b)

13  made disparaging remarks to that customer about Plaintiff Fusion, and c) attempted to

14  convince that customer to do business with Defendants instead of Fusion.

15      26.      In doing the acts alleged herein and throughout, Defendants have deprived

16  Plaintiff of certain business opportunities, and have unfairly gained a business and

17  competitive advantage over Plaintiff, by their deceitful tactics.

18

19                          **COUNT I.**

20              **FEDERAL COPYRIGHT INFRINGEMENT**

21                    **(Against All Defendants)**

22      27.      Plaintiff hereby incorporates by reference and realleges each of the allegations

23  contained in paragraphs 1 through 26 above, as though fully set forth herein.

24      28.      Plaintiff is the legal owner of valid copyrights in its website content, format,

25  design and feel and its Source Code, which results in the appearance of said website.

26      29.      By means of the actions alleged herein, Defendants have infringed and

27  continue to infringe Plaintiff's copyrights in and to the Subject Works by, among other

28

things, reproducing and/or distributing the Subject Works, in total or in part, and derivatives therewith, in commerce, by taking the Subject Works from Plaintiff's server and using them as their own in connection with the American Reliable Windows website. A striking similarity exists between Defendants' infringing content and Plaintiff's copyrighted works.

30.    At no time did Defendants have the authorization, legal right, or consent to engage in said activities.

31.    By means of the actions complained of herein, Defendants have improperly appropriated Plaintiff's proprietary works for their own economic gain.

32.    By means of the actions complained of herein, Defendants have willfully and intentionally infringed and continue to infringe Plaintiff's copyrights in and relating to the Subject Works.

33.    Plaintiff is further informed and believes that additional copyrighted works not alleged herein have been infringed upon by Defendants, but at this time, the exact nature and extent of said infringement remains unknown.

34.    Plaintiff has suffered irreparable harm due to Defendants' actions, and further irreparable injury to Plaintiff is imminent as a result of Defendants' conduct, so that Plaintiff is without an adequate remedy at law.

35.    Plaintiff is likely to prevail in its claims of copyright infringement against Defendants and is thereby entitled to injunctive relief restraining Defendants, their affiliates, officers, directors, agents, employees, representatives and all persons acting in concert with them, from engaging in such further violations of the copyright laws.

36.    Plaintiff is further entitled to recover the damages, including attorneys fees, it has sustained as well as Defendants' gains, profits and advantages obtained as a result of the infringing acts as alleged herein, and/or statutory damages, according to proof at time of trial on the matter.

# COUNT II.

## INTENTIONAL INTERFERENCE WITH ECONOMIC ADVANTAGE

### (Against All Defendants)

37.     Plaintiff hereby incorporates by reference and realleges each of the allegations contained in paragraphs 1 through 36 above, as though fully set forth herein.

38.     At all times prior to the actions alleged herein, Plaintiff enjoyed favorable business relationships with its customers that routinely resulted in future economic benefit.  Said relationship is a result of the ongoing efforts employed by Plaintiff to provide a quality service to its customers; a part of the overall quality and assurances provided to Plaintiff's customers is derived from the use and maintenance of a professional website.

39.     Plaintiff is informed, believes and thereupon alleges that Defendants either knew or should have known of the favorable economic relationships between Plaintiff and its customers and knew or should have known that said individuals and/or entities were former, existing and/or prospective clients of Plaintiff, such that said relationships would be disrupted if Defendants failed to act with reasonable care.

40.     Plaintiff is informed and believes that Defendants intentionally interfered with the contracts and business relationships between the aforementioned customers, on the one hand, and Plaintiff on the other, by undertaking efforts to solicit Plaintiff's customers and to disrupt or divert Plaintiff's business relationships for the purpose of luring Plaintiff's clients for their own benefit, thereby bypassing the past, existing, and future nature of the relationship between Plaintiff and said customers.

41.     Plaintiff is further informed and believes and thereon alleges that Defendants induced and encouraged Plaintiff's customers that Plaintiff is trying to copy the business model of Defendants and thus said customers should not do any future business with Plaintiff but instead to do so with Defendants.

42.     As a direct and proximate result of Defendants' actions, Plaintiff's prospective economic relationships with certain affiliates have been disrupted and Plaintiff has thereby suffered significant damages, including but not limited to the loss of certain affiliates, their client registers and the revenue generated therefrom, the true nature and extent of which is unknown at this time and is ongoing.

## COUNT III.

## VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE §17200

### (Against All Defendants)

43.     Plaintiff hereby incorporates by reference and realleges each of the allegations contained in paragraphs 1 through 42 above, as though fully set forth herein.

44.     Plaintiff is informed and believes and on that basis thereon alleges, that Defendants' unlawful actions mentioned herein, including copyright infringement and intentional interference with prospective economic, constitute unlawful, unfair, and/or fraudulent business practices in violation of Section 17200 et seq. of the California Business and Professions Code and California common law.

45.     Pursuant to the California Business and Professions Code section 17203 et seq, Plaintiff is entitled to enjoin such conduct in the future and compel Defendants to restore to the affected persons, inclusive of Plaintiff, any money or property that they may have acquired as a result of any act which constitutes an unfair business practice.

46.     As a result of the unfair business act by Defendants as alleged hereinabove, Plaintiff has suffered and continues to suffer actual losses and damages, and therefore, Defendants will continue to violate the law unless this Court enjoins them from committing such acts.

## COUNT IV.

## CONTRIBUTORY COPYRIGHT INFRINGEMENT

### (Against All Defendants)

47.     Plaintiff hereby incorporates by reference and realleges each of the allegations contained in paragraphs 1 through 46 above, as though fully set forth herein.

48.     On information and belief, in addition, or as an alternative, to direct copyright infringement, Defendants have, with actual or constructive knowledge of the infringing nature of the actions set forth herein, materially contributed to such activities, induced such activities and/or caused such activities.

49.     As a direct and proximate result of Defendants' actions, Plaintiff is entitled to recover actual damages suffered as a result of the infringement, and profits of the Defendants attributable to the infringing conduct.

## COUNT V.

## VICARIOUS COPYRIGHT INFRINGEMENT

### (Against Defendant MUTAFYAN only)

50.     Plaintiff hereby incorporates by reference and realleges each of the allegations contained in paragraphs 1 through 49 above, as though fully set forth herein.

51.     On information and belief, in addition, or as an alternative, to direct copyright infringement, Mutafyan had a direct financial interest in the infringing actions alleged herein and had the right and ability to supervise and control the direct infringing activities alleged herein.

52.     Pursuant to the business model and principal-agent relationship existing at all times between American and Mutafyan, Mutafyan was in a position to control, and in fact had the contractual right to control, the activities of American in connection with its marketing strategy and client interaction.

53.     As a direct and proximate result of Mutafyan's conduct, Plaintiff is entitled to recover actual damages suffered as a result of the infringement, and profits of the Defendants attributable to the infringing conduct.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment in its favor and against Defendants as follows:

1.     That Defendants be held to have infringed Plaintiff's copyrights in the Subject Works;

2.     For injunctive relief, as provided in 17 U.S.C. §502, namely for preliminary and permanent injunctive relief preventing Defendants, their distributors, officers, agents, servants, employees and representatives, and all those persons acting or attempting to act in concert or participation with them, from directly or indirectly making, delivering, distributing, selling, transferring, copying, imitating, advertising, and/or marketing unauthorized versions of the Subject Works, or substantially similar variations thereon or derivative works thereof;

3.     For actual damages according to proof in connection with Defendants' infringement and intentional/negligent interference, as well a disgorgement of Defendants' profits attributable to their unlawful conduct, according to proof;

4.     For statutory damages in lieu of actual damages where appropriate, as provided for in 17 U.S.C. §504;

5.     For an Order requiring Defendants to account for and relinquish to Plaintiff all gains, profits, and advantages derived by Defendants through their intentional and/or negligent interference and infringement of Plaintiff's copyrights;

6.     For an Order requiring that all gains, profits, and advantages derived by Defendants through their intentional and/or negligent interference and infringement of

Plaintiff's copyrights be deemed to be held in constructive trust for the benefit of Plaintiff;

7.    For Plaintiff's attorneys' fees and costs of this action, as provided for in 17 U.S.C. §504;

8.    For such further and additional relief as the Court may deem just and proper, including pre-and post-judgment interest.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury of all issues triable by a jury.

DATED: February 11, 2013                **BEITCHMAN & ZEKIAN, P.C.**

                                        David P. Beitchman
                                        *Attorneys for Plaintiff,*
                                        FUSION WINDOWS AND DOORS, INC.

**EXHIBIT "A"**



# Welcome to Fusion Windows

## 0% Financing Now Available

### Window & Door Replacement

Fusion Windows and Doors is a top rated Los Angeles window & door replacement business that is insured, bonded, and licensed. Our company is also certified by the Better Business Bureau. We specialize in retrofit windows, new construction windows, and frameless shower doors. With Fusion Windows and Doors, you will enjoy superior quality from America's favorite brands.   Our crew members have many years of involvement in window & door replacement, so be rest assured that your home is in good hands. Fusion prides itself on a job well-done and would never leave the customers with a sour taste in their mouths. But you can also be promised that we will quickly finish all projects, so you don't have a gaping opening where a window or door replacement should be. If you want personal references or want instances of past jobs, just ask!

### Los Angeles Window Replacement

It is not uncommon for panes of glass to break. The cause could be a bird with bad instincts, an errantly thrown baseball, a slip from a rotten wood frame, or hundreds of other possibilities. Because of glass's fragile nature, it is important to know of a Los Angeles window replacement business that provides quick and reliable service. Fusion Windows will show up at your house or apartment shortly after getting your call. We can help you find the rights model and size to fit your frame and begin window replacement shortly afterwards. Our Los Angeles window replacement crew will remove the existing glass and prepare the frame to get a new window pane. You'll find several options of Los Angeles window replacement available, including vinyl, storm, and custom wood windows. These choices are more energy efficient than versions from the past eras and will save you money on your power bill. See what Fusion Windows and Doors can offer you.

### Door Installation

Along with Los Angeles window replacement Fusion also replaces doors. We can send a door installation team to your residence to show you various options and brands. When you have made a decision, we will swiftly return to remove the existing door and install a new one. Our Product Specialist can supply plenty of information about the top brands of doors, as well as give pointers for glass versus wood, popular styles, and what options best fit your exterior décor. And we promise quick door installation, so that you don't have to worry about living with a huge hole in your home! Contact us today

Fusion Windows and Doors Specializes In Custom made Replacement and new construction windows.We offer wide variety of companies and materials to choose from. Fusion Windows and Doors offers Lowest Prices on **Milgard Windows,  Andersen Windows,  Integrity Windows, Marvin Windows, Fleetwood Windows**

Fusion Windows and Doors also specializes in frameless shower doors

CALL US TODAY (818) 245-8484

Licensed, Bonded and Insured!

California Contractors License # 966355

## 0% Financing Now Available

Milgard Windows Glendale CA , Marvin Windows Glendale CA , Andersen Windows Glendale CA, Fleetwood Windows Glendale .CA

### Latest Post

Review us on YELP!
Jeld-Wen Glendale Los Angeles CA
Eagle Windows Now Available!
Milgard Essence Wood Windows NOW AVAILABLE!
Fleetwood Windows Available at Fusion Windows

View More..

### Gallery

  

View More..

© 2013 Fusion Windows & Doors. All Rights Reserved.
Website by Trimark Marketing Group
A Web Design Firm & Internet Marketing Company

About | Free Estimate | Product | Specials | Gallery | Careers | Contact Us | Links



## FUSION
WINDOWS AND DOORS

CALL US: 818-245-8484

Follow US On

| Home | About Fusion | Free Estimate | Products | Specials | Gallery | Blog | Contact Us |

### About Fusion

### Window & Door Replacement

Fusion Windows and Doors is a leading Los Angeles window & door replacement business that is licensed, bonded, and insured. Our company is also accredited by the Better Business Bureau. We specialize in new construction windows, retrofit windows and frameless shower doors. With Fusion Windows and Doors, you receive the superior quality from America's favorite brands.
Our crew members have many years of involvement in window & door replacement, so be ensured that your home is in good hands. Fusion prides itself on a job well-done and would never leave the customers with a sour taste in their mouths. But you can also be assured that we will do a fast job, so you don't have a gaping hole in your house. We have plenty of stupendous references and past work experiences, so check out our previous jobs.

### Los Angeles Window Replacement

If you want the top brands for Los Angeles window replacement including Milgard, Anderson, Marvin, Integrity, Fleetwood, and others, check out the offerings stocked by Fusion. We promise the best, because settling for anything else is foolish.
For energy efficient Los Angeles window replacement, you can trust us. Our professional staff will help you find the style that best suits your residence and then schedule a day to send out the team. You will love looking out brand new windows.

### Door Installation

Fusion Windows and Doors is a leading building material supplier in Los Angeles. While window replacement is our main source of business, we also offer door installation for homes and shower doors. We supply some of the finest manufacturer's brands, which include stock and custom-made doors.
Our Product Specialists are highly knowledgeable, so feel free to ask them any questions you may have about picking styles for door installation. You can find affordable choices for any size door war, including doors specifically made to fit a frame. Come and see for yourself or give us a call: 818-245-8484
Licensed, Bonded and Insured!
California Contractors License# 950355
We Serve: Glendale CA, Burbank CA, Pasadena CA, South Pasadena CA, Sun Fernando Valley.

ShareThis

#### Free Estimate

I want a Free Estimate for:

Fields with an asterisk are required.

Select any option

Your Name* :

Your Email* :

Your Address* :

Your Phone Number* :

Send

---

### Latest Post

Reviews on YELP!
Jeld-Wen Glendale Los Angeles CA
Eagle Windows Now Available!
Milgard Essence Wood Windows NOW AVAILABLE!
Fleetwood Windows Available at Fusion Windows

View More...

### Gallery

View More...

© 2013 Fusion Windows & Doors. All Rights Reserved.
Website by Trimark Marketing Group
A Web Design Firm & Internet Marketing Company

About | Free Estimate | Product | Specials | Gallery | Careers | Contact Us | Links

# FUSION
WINDOWS AND DOORS

CALL US: 818-245-8484

Follow US On :

| Home | About Fusion | Free Estimate | Products | Specials | Gallery | Blog | Contact Us |



## Review us on YELP!
Posted on November 2, 2012 by admin

If you have done business with Fusion Window And Doors please take a moment and write review about your experience with our company
Here is the link
http://www.yelp.com/biz/fusion-windows-and-doors-glendale
ShareThis
Posted in Window Brands | Leave a comment

## Jeld-Wen Glendale Los Angeles CA
Posted on October 27, 2012 by admin

Fusion Window now offers Windows from Jeld-Wen. Jeld-Wen Offers Builders aluminum, Premium Aluminum
http://www.jeld-wen.com/catalog/windows/premium/aluminum
http://www.jeld-wen.com/catalog/windows/builders/aluminum
ShareThis
Posted in Window Brands | Leave a comment

## Eagle Windows Now Available!
Posted on April 11, 2012 by admin

Eagle Window has  complete selection of window and door  in aluminum wood clad. Whether residential or commercial, and from traditional to contemporary, Eagle gives you the products and the design freedom you need to create the perfect look for the project.
Call us at 818-245-8484 for more info
ShareThis
Posted in On sale @ Fusion Windows | Leave a comment

## Milgard Essence Wood Windows NOW AVAILABLE!
Posted on February 2, 2012 by admin

Fusion Windows is one of few Dealers that is now offering Milgard's Essence Wood Windows in Los Angeles Area! Come in to our showroom and see the full size displays of Milgard Essence Wood Windows.  For a quote Milgard Essence Wood Windows  call us 818-245-8484
ShareThis
Posted in On sale @ Fusion Windows | Leave a comment

## Fleetwood Windows Available at Fusion Windows
Posted on August 18, 2011 by admin

We Are Now offering window and doors from Fleetwood Windows and Doors. Fleetwood Windows and Doors Specializes in Luxury Aluminum windows and doors! call us for more details 818-245-8484
ShareThis
Posted in On sale @ Fusion Windows | Leave a comment

## 0% Financing Now Available at Fusion Windows
Posted on August 4, 2011 by admin

0% Financing Now Available at Fusion Windows. Call us today ask for Special Financing for Your replacement window project.
ShareThis
Posted in On sale @ Fusion Windows | Leave a comment

## Buy 10 window get 1 FREE
Posted on May 27, 2011 by admin

JUNE SPECIAL!
**Buy Any Replacement Vinyl window and Get 1 window for FREE**
(installation required)
Call 818-245-8484 for more details
OFFER EXPIRES 6/29/11

ShareThis
Posted in On sale @ Fusion Windows | Leave a comment

## Free Blinds with Purchase of Windows
Posted on February 10, 2011 by admin

**OFFER EXPIRED**
Buy any window and get Free Blinds.  Offer applies to Milgard Windows, Marvin Windows, Superior windows, Amerimax Windows.
Contact  us for more details 818-245-8484
HyperSmash
ShareThis
Posted in On sale @ Fusion Windows | Tagged free blinds glendale ca, free blinds los angeles ca | Leave a comment

## Huge Fiberglass French Door Sale
Posted on November 16, 2010 by admin

FUSION WINDOWS AND DOORS IN GLENDALE HAS PROMOTION ON ULTRA FIBERGLASS DOORS FROM MILGARD!

### Blog Categories
• On sale @ Fusion Windows
• Window Brands

SEE BELOW FOR PRICING.
Current Promotion
Milgard ULTRA SERIES French doors.
60" x 96" @ $1500
72" x 96" @ $1900,
30" x 96" @ $1300
all the doors are in stock and you can pick it up today!
call 818 245-8484 ask For Tigran

 ShareThis

Posted in On sale @ Fusion Windows | Tagged fiberglass doors, fiberglass doors in glendale ca, milgard fiberglass french doors, milgard ultra doors, SALE ON FIBERGLASS DOORS | Leave a comment

© 2013 Fusion Windows & Doors. All Rights Reserved.
Website by Trimark Marketing Group
A Web Design Firm & Internet Marketing Company

About  |  Free Estimate  |  Product  |  Specials  |  Gallery  |  Careers  |  Contact Us  |  Links



**FUSION**
WINDOWS AND DOORS

CALL US: 818-245-8484

Follow US On

| Home | About Fusion | Free Estimate | Products | Specials | Gallery | Blog | Contact Us |

**Free Estimate**

In order to get a free estimate for one of our services, including Los Angeles window replacement or door installation, fill out the form below and we will respond as soon as possible. To speak directly to a representative, call 818-245-8484.

(We promise not to sell, trade, or rent any of your personal information.)

I want a Free Estimate for *    -- please select --

Your Name *

Email *

Address (for Free in Home Estimate)

Phone Number *

Existing Windows    -- please select --

Change to    -- please select --

Number of windows to be changed *

Where did you hear about us?    TV Ad

Your Message (Size, Quantity) *

[Submit]

ShareThis

**Free Estimate**

I want a Free Estimate for :

Fields with an asterisk are required.

Select any option

Your Name*:

Your Email*:

Your Address* :

Your Phone Number* :

[Send]

ACCREDITED BUSINESS
BBB

We have 11 reviews
Yelp

**Latest Post**

Review us on YELP!
Jeld-Wen Glendale Los Angeles CA
Eagle Windows Now Available!
Milgard Essence Wood Windows NOW AVAILABLE!
Fleetwood Windows Available at Fusion Windows

View More...

**Gallery**

View More...

©2013 Fusion Windows & Doors. All Rights Reserved.
Website by Trimark Marketing Group.
A Web Design Firm & Internet Marketing Company

About | Free Estimate | Product | Specials | Gallery | Careers | Contact Us | Links







**CALL US: 818-245-8484**

Follow US On

| Home | About Fusion | Free Estimate | Products | Specials | Gallery | Blog | Contact Us |

## Specials

Current Specials
Milgard ULTRA SERIES French doors.
72" x 96" Milgard Ultra Series French door $1900.
60" x 96" Milgard Ultra Series French door $1500.
36" x 96" Milgard Ultra Series French door $1300
call 818 245-8484 ask For Tigran

Share This

### Latest Post

Review us on YELP!
Jeld-Wen Glendale Los Angeles CA
Eagle Windows Now Available!
Milgard Essence Wood Windows NOW
AVAILABLE!
Fleetwood Windows Available at Fusion
Windows

View More...

### Gallery

View More...

### Free Estimate

I want a Free Estimate for :

Fields with an asterisk are required.

[Select any option...]

Your Name* :

Your Email* :

Your Address* :

Your Phone Number* :

Send

ACCREDITED BUSINESS

© 2013 Fusion Windows & Doors. All Rights Reserved.
Website by Trimark Marketing Group
A Web Design Firm & Internet Marketing Company

About  |  Free Estimate  |  Product  |  Specials  |  Gallery  |  Careers  |  Contact Us  |  Links

**EXHIBIT "B"**

**Michelle Seanez**

| | |
|---|---|
| **From:** | Copyright Office [cop-rc@loc.gov] |
| **Sent:** | Friday, January 25, 2013 2:17 PM |
| **To:** | Michelle Seanez |
| **Subject:** | Acknowledgement of Uploaded Deposit |

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

 The following files were successfully uploaded for service request 1-882765921

File Name :Fusion Window and Doors webpage1.pdf File Size :740 KB Date/Time :1/25/2013 5:09:27 PM

File Name :Fusion Window webpage2.pdf
File Size :747 KB
Date/Time :1/25/2013 5:09:27 PM

File Name :Fusion webpage3.pdf
File Size :708 KB
Date/Time :1/25/2013 5:09:27 PM


[THREAD ID: 1-ELLFFY]

United States Copyright Office

**Michelle Seanez**

| | |
|---|---|
| **From:** | Copyright Office [noreply@loc.gov] |
| **Sent:** | Friday, January 25, 2013 2:08 PM |
| **To:** | Michelle Seanez |
| **Subject:** | Confirmation of Receipt |

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your application and payment for the work Fusion Windows website were received by the U.S. Copyright Office on 01/25/2013.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to eCO (https://eco.copyright.gov/eService_enu/) and click on case number 1-882765921 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-882765921. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**EXHIBIT "C"**

**Michelle Seanez**

From:          Copyright Office [cop-rc@loc.gov]
Sent:          Thursday, January 24, 2013 12:02 PM
To:            Michelle Seanez
Subject:       Acknowledgement of Uploaded Deposit


THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

 The following files were successfully uploaded for service request 1-882144471

File Name :fusionwindows source code.pdf File Size :193 KB Date/Time :1/24/2013 2:52:49 PM


[THREAD ID: 1-EL8BSX]

United States Copyright Office

**Michelle Seanez**

| | |
|---|---|
| **From:** | Copyright Office [noreply@loc.gov] |
| **Sent:** | Thursday, January 24, 2013 11:52 AM |
| **To:** | Michelle Seanez |
| **Subject:** | Confirmation of Receipt |

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your application and payment for the work Fusion Windows Source Code were received by the U.S. Copyright Office on 01/24/2013.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to eCO (https://eco.copyright.gov/eService_enu/) and click on case number 1-882144471 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-882144471. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**EXHIBIT "D"**



## AMERICAN RELIABLE WINDOWS, INC.

CALL US: 888-804-7250

Follow US On

Home | About ARW | Free Estimate | Products | Specials | Gallery | Contact Us



Windows | Sliding Doors | French Doors

## Welcome to American Reliable Windows

Replacement windows are one of the best investments you can make for your home. By replacing your home's windows and/or doors, you can save months on your heating and cooling costs, and add curb appeal with an improved visual appearance. When it comes to replacement windows, you have a big task ahead of you. But don't worry, this site will provide you with necessary information about our premium vinyl, aluminum, wood, fiberglass and composite windows and doors. Feel free to look around and don't forget to check our monthly Specials, these are best deals on our quality windows and doors. And we'll be happy to answer any questions you may have.

American Reliable Windows is fully certified, licensed (LIC# 901591), bonded and insured. We maintain an A rating with the BBB. We have all in-house installers to ensure the highest quality workmanship and cleanliness for our customers. We also carry an outstanding labor warranty which far exceeds most of our competitors.

American Reliable Windows is your choice for complete window replacement. We have more than 20 years combined experience and always offer competitive pricing and quality work.

American Reliable Windows, Inc. serves the replacement window and door needs of Los Angeles, Orange, Riverside, San Bernardino and San Diego Counties.

American Reliable Windows and Doors offers Lowest Prices on **Milgard Windows, Plygem Windows, Anlin Windows, Amerimax Windows, and many more!**

### Free Estimate

Estimate For [ Windows ▾ ]

Name *

Email *

Address *

Phone Number *

[ Send ]

Email form generated by 123ContactForm

CALL US TODAY (888)-804-7250

Licensed, Bonded and Insured

California Contractors License # 901591

**0% Financing Now Available**
Milgard Windows Van Nuys CA , Plygem Windows Van Nuys CA , Anlin Windows Van Nuys CA

© American Reliable Windows. All Rights Reserved.
Website by Walker Media Group

About | Free Estimate | Product | Specials | Gallery | Careers | Contact Us | Links



# AMERICAN RELIABLE WINDOWS, INC.

CALL US: 888-804-7250

Follow US On 

Home | About ARW | Free Estimate | Products | Specials | Gallery | Contact Us



Windows | Sliding Doors | French Doors

## About American Reliable Windows

American Reliable Windows is a leading Los Angeles window & door replacement business that is licensed, bonded, and insured. We have been in business Since 1997. Our company is also accredited by the Better Business Bureau. We specialize in window replacement, sliding door, and french doors. With American Reliable Windows, you receive the superior quality from America's favorite brands.

American Reliable Windows is your choice for complete window replacement. We have more than 20 years combined experience and always offer competitive pricing and quality work. We are fully certified, licensed (LIC# 901591), bonded and insured. We maintain an A rating with the BBB. We have all in-house installers to ensure the highest quality workmanship and cleanliness for our customers. We also carry an outstanding labor warranty which far exceeds most of our competitors.

We have plenty of stupendous references and past work experiences, so check out our previous jobs by going to Our Gallery located here on our website.

Our Product Specialists are highly knowledgeable, so feel free to ask them any questions you may have on picking styles for door installation. You can find affordable choices for any size door way, including doors specifically made to fit a frame. Come and see for yourself or give us a call: (888) 804-7250

Licensed, Bonded and Insured!

California Contractors License # 901591

We Serve: Los Angeles, CA, Burbank, CA, Glendale, Pasadena CA, South Pasadena CA, Sherman Oaks, CA, Encino, CA, Van Nuys, CA, North Hollywood CA, Woodland Hills CA, West Hills, CA, Chatsworth, CA, and All of the San Fernando Valley.



### Free Estimate

Estimate For * [ Windows ▼ ]

Name *

Email *

Address *

Phone Number *

[ Send ]

Email form generated by 123ContactForm

© American Reliable Windows. All Rights Reserved.
Website by Walker Media Group

About | Free Estimate | Product | Specials | Gallery | Careers | Contact Us | Links





CALL US: 888-804-7250

**AMERICAN RELIABLE WINDOWS, INC.**

Follow US On

| Home | About ARW | Free Estimate | Products | Specials | Gallery | Contact Us |

Windows     Sliding Doors     French Doors

## Free Estimate

In order to get a free estimate for one of our services, including Los Angeles window replacement or door installation, fill out the form below and we will respond as soon as possible. To speak directly to a representative, call 888-804-7250.

(We promise not to sell, trade, or rent any of your personal information.)

I Want An Estimate For *      Windows ▾

Name *

Address (For Free In-Home Estimate) *

Email *

Phone *

Cellular Phone

Number of Windows to Change *

Desired Completion Date      Within 1 week ▾

Type of Window      Vinyl ▾

How Did You hear About Us?

[ Send ]

Email form generated by 123ContactForm

Share This

Copyright 2012 American Reliable Windows. All Rights Reserved. Website by Walker Media Group

About  |  Free Estimate  |  Product  |  Specials  |  Gallery  |  Careers  |  Contact Us  |  Links



CALL US: 888-804-7250

Follow US On

# AMERICAN RELIABLE WINDOWS, INC.

Home | About ARW | Free Estimate | Products | Specials | Gallery | Contact Us

Windows   Sliding Doors   French Doors

## Contact Us

Tel: (818) 787-1101  Fax: (818) 787-1122

16735 Saticoy St. Van Nuys, CA 91406

Working Hours
Mon-Fri 10 am – 4 pm
Sat 10 am – 1 pm

Share This

### Free Estimate

Estimate For  Windows

Name *

Email *

Address *

Phone
Number *

Send

Email form generated by 123ContactForm

© American Reliable Windows. All Rights Reserved.
Website by Walker Media Group

About | Free Estimate | Product | Specials | Gallery | Careers | Contact Us | Links