

Armen Kiramijyan, Esq., Bar No. 276723
E-mail: akiramijyan@kaass.com

**KAASS LAW**
313 East Broadway, # 944
Glendale, California 91209
Telephone: 310.943.1171

Attorneys for Defendants
AMERICAN RELIABLE WINDOWS, INC.
OGANES HOVIK MUTAFYAN

E-FILED 08/06/13

LINK #21

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| FUSION WINDOWS AND DOORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN RELIABLE WINDOWS, INC., a California Corporation; OGANES HOVIK MUTAFYAN, an individual; Does 1 to 10; inclusive,<br><br>Defendants. | Case No. 2:13-CV-1022-PSG (JCx)<br>Judge: Hon. Philip S. Gutierrez<br>Crtrm: 880 – Roybal Fed. Bldg.<br><br>**NOTICE OF LODGING OF ~~[PROPOSED]~~ JUDGMENT OF DISMISSAL**<br><br>Action Filed: February 12, 2013<br>Trial Date: None Set |

///

///

///

///

///

///

///

///

///

///



KAASS LAW
313 East Broadway, #944
Glendale, California 91209

KAASS LAW
313 EAST BROADWAY, #944
GLENDALE, CALIFORNIA 91209

**JUDGMENT**

The Court, having granted Defendants AMERICAN RELIABLE WINDOWS, INC.'S and OGANES HOVIK MUTAFYAN'S Motion to Dismiss Plaintiff's First Amended Complaint pursuant to the Court's Minute Order on July 12, 2013 (DE #21),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Judgment is entered ***in favor*** of Defendants AMERICAN RELIABLE WINDOWS, INC. and OGANES HOVIK MUTAFYAN and ***against*** Plaintiff FUSION WINDOWS AND DOORS, INC.
2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

Dated: 8/6/13

By: PHILIP S. GUTIERREZ
Honorable Philip S. Gutierrez
U.S. District Court Judge